**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6755**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

      v.

MARK CLIFTON,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Malcolm J. Howard, Senior District Judge.  (7:96-cr-00062-H-2)

_____

Submitted:  September 25, 2014    Decided:  September 30, 2014

_____

Before WILKINSON and AGEE, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Mark Clifton, Appellant Pro Se.  Seth Morgan Wood, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Clifton appeals the district court's order denying his petition for a writ of error coram nobis and his supplemental petition alternatively seeking relief pursuant to a writ of audita querela. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Clifton, No. 7:96-cr-00062-H-2 (E.D.N.C. Apr. 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED